**MCCARTNEY DALLMANN LLP**
Andrew S. Dallmann (SBN 206771)
Andrew@mdllplaw.com
23187 La Cadena Dr, Ste 102
Laguna Hills, CA 92653
Telephone: (951) 678-2267
Facsimile: (951) 262-8054

Attorneys for Plaintiff
DELCA CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELCA CORPORATION, a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>WET NOSES NATURAL DOG TREAT COMPANY LLC, a Delaware Limited Liability Company;<br><br>Defendant. | Case No.: ______________________<br><br>**COMPLAINT FOR:**<br>**(1) BREACH OF WRITTEN CONTRACT; and**<br>**(2) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Delca Corporation ("Plaintiff" or "Delca") hereby brings this Complaint seeking damages and other relief for breach of contract and interference with contract, and demanding trial by jury, and alleges as follows:

**PARTIES**

1. Plaintiff Delca Corporation ("Delca") is and was, at all times relevant hereto, a duly formed California corporation with its principal place of business in the County of Orange, at 26045 Acero, Mission Viejo, CA 92691

2. Plaintiff is informed and believes, and thereon alleges that Defendant Wet Noses Natural Dog Treat Company LLC ("Wet Noses") is a duly formed Delaware limited liability company doing business in the County of Orange, with its principal place of business at 14439 167th Ave SE, Monroe, WA, 98272.

**JURISDICTION AND VENUE**

3. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a) (diversity) because Plaintiff and Defendant are citizens of different States and the amount in controversy exceeds the sum or value of $75,000.

4. Venue is proper in this judicial district because it is where a substantial part of the events or omissions giving rise to Delca's claims occurred. See 28 U.S.C. § 1391(b).

5. This Court may exercise personal jurisdiction over Wet Noses because it transacted business within the State — specifically with Delca — and this action arises out of that business. Delca and Wet Noses entered into an agreement, the terms of which are more fully set forth below. The agreement was entered into in Orange County, California and contemplates Wet Noses' performance thereunder in California.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

6. Delca designs and develops pet toys and pet treats. Its products are sold by pet specialty retailers and big box stores, including Costco.

7. On information and belief, Wet Noses is a manufacturer of pet treats and food.

8. On or about May 12, 2022, Delca and Wet Noses entered into a written contract in the form of a Purchase Order (PO), which was accepted by Wet Noses. A copy of the PO is attached as Exhibit A, and incorporated by reference.

9. Pursuant to the PO, Delca ordered 972,000 units of four different treats, for a total of 3,888,000 units, at $0.36 per unit for a total cost of $1,399,680. Wet Noses knew that the treats were to be included in advent calendars to be delivered to Costco for the 2022 Holiday season.

10. Each unit of the treats was to be individually packaged for inclusion in the advent calendars, and was to weigh 2 oz exclusive of packaging.

11. Pursuant to the PO, Wet Noses began manufacturing and shipping units of treats on or about June 27, 2022. The treats were shipped directly to Delca's copacker, VIP, Inc., in Rancho Cucamonga, San Bernardino and Hesperia, CA. Wet Noses issued its first invoice on or about June 27, 2022, purportedly for 57,200 units of each of the four different treats.

12. Over the course of the subsequent months, Wet Noses continued to ship product and invoice Delca. The shipments were accompanied by a bill of lading (BOL) and packing slip, which purported to provide both the units shipped and weight per pallet. Each invoice purported to specify a quantity of units of treats shipped. The Wet Noses' invoices, BOLs and packing slips are attached hereto as Exhibit B.

13. As Delca's copacker VIP completed advent calendars it became clear that there was a substantial discrepancy between the amount invoiced by Wet Noses and the number of units of treats actually received. Only after Delca questioned Wet Noses' personnel did it become known that Wet Noses was not shipping by unit as alleged in its shipping documents but was in fact shipping by weight and then estimating the units shipped. However, because the weight per treat package varies substantially, in reality Delca received approximately ten percent less treats than it ordered, or was invoiced for. Instead of receiving 3,888,000 units of treats, Delca received 3,506,112, for a shortfall of 381,888.

**COUNT I – BREACH OF WRITTEN CONTRACT**

14. Delca repeats and realleges the allegations of paragraphs 1-13 as if fully set forth herein.

15. Delca has performed all conditions, covenants, and promises required to be performed in accordance with the terms and conditions of the contract, except such performance excused or waived by Wet Noses' breach thereof.

16. Wet Noses has failed and refused, and continues to refuse, to tender its performance as required by the contract in that it refuses to provide the missing units of treats.

17. Wet Noses' failure and refusal to perform its obligations under the contract has damaged Delca, including but not limited to, for lost profits for the 23,860 advent calendars not completed and not shipped to Costco, and for Delca's costs associated with the manufacturing and shipping of these unused calendars.

**COUNT II – NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS**

18. Delca repeats and realleges the allegations of paragraphs 1-17 as if fully set forth herein.

19. For years Delca and Costco have been in an economic relationship regarding Delca's pet treats and toys that has, and would continue to have resulted in a future economic benefit to Delca.

20. Wet Noses, knew or should have known of this relationship. Indeed, Delca and Wet Noses entered a similar contractual relationship in 2021 for Costco advent calendars. Additionally, Wet Noses knew or should have known that the Delca/Costco relationship would be disrupted if Wet Noses failed to act with reasonable care.

21. Wet Noses failed to act with reasonable care by engaging in wrongful conduct through breaching its agreement with Delca.

22. Wet Noses' wrongful conduct was a substantial factor in causing Delca harm, which has and will continue to harm and disrupt Delca's economic relationship with Costco.

**JURY DEMAND**

Delca hereby demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Delca respectfully prays as follows:

1. For compensatory, general and special damages, including but not limited to consequential damages, lost profits, and incidental damages in an amount to be proven at trial;

2. For prejudgment interest;

3. For reasonable attorneys' fees;

4. For the costs of this action; and

5. For such other and further relief as the Court deems just and proper.

///

///

///

Dated: October 25, 2022

MCCARTNEY DALLMANN LLP

By: /s/ Andrew S. Dallmann

Andrew S. Dallmann
McCartney Dallmann LLP
23187 La Cadena Dr., Suite 102
Laguna Hills, California 92653
Phone: (951) 678-2267
Email: Andrew@mdllplaw.com

Attorney for Plaintiff
DELCA CORPORATION